**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

ADDONES SPENCER,
REG. #11060-027                                                                                          PLAINTIFF

v.                                      2:12-cv-00057-SWW-JTK

S. PHILLIPS, et al.                                                                                      DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the relevant portions of the record, see 28 U.S.C. § 636(b)(1)(C), the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Outlaw, Nwannem Obi-Okoye, Does, and Newburn are DISMISSED from Plaintiff's Complaint, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 23rd day of July 2012.

                                                                /s/Susan Webber Wright
                                                                UNITED STATES DISTRICT JUDGE