**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

ADDONES SPENCER,                                                        PLAINTIFF
REG. #11060-027

v.                                      2:12-cv-00057-SWW-JTK

S. PHILLIPS, et al.                                                    DEFENDANTS

## ORDER

Plaintiff's Motion to Compel (Doc. No. 35) is DENIED without prejudice as premature.

Defendants have not yet filed an Answer or responsive pleading in this case.  Plaintiff shall re-

submit his discovery requests to Defendants after they have filed an Answer to his Amended

Complaint.

IT IS SO ORDERED this 20th day of August, 2012.

_____
     JEROME T. KEARNEY
     UNITED STATES MAGISTRATE JUDGE