# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ADDONES SPENCER,                                                                                              PLAINTIFF
REG. #11060-027

v.                                        2:12-cv-00057-SWW-JTK

S. PHILLIPS, et al.                                                                                              DEFENDANTS

## ORDER

Plaintiff's Motion to Compel (Doc. No. 35) is DENIED without prejudice as premature. Defendants have not yet filed an Answer or responsive pleading in this case. Plaintiff shall re-submit his discovery requests to Defendants after they have filed an Answer to his Amended Complaint.

IT IS SO ORDERED this 20th day of August, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE