**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ADDONES SPENCER,
REG. #11060-027                                                                                              PLAINTIFF

v.                          2:12-cv-00057-SWW-JTK

S. PHILLIPS, et al.                                                                            DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the objections received thereto, as well as a <u>de novo</u> review of the relevant portion of the record, see 28 U.S.C. § 636(b)(1)(C), the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motions for Preliminary Injunction, Temporary Restraining Order, and Hearing, which the Court construes as Motions for Preliminary Injunctive Relief (Doc. Nos. 9, 14, 17, 26), are DENIED.

IT IS SO ORDERED this 27th day of November 2012.

                                                                    /s/Susan Webber Wright

                                               UNITED STATES DISTRICT JUDGE