IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ADDONES SPENCER,                                                                            PLAINTIFF
REG. #84210

v.                                    2:12-cv-00057-SWW-JTK

S. PHILLIPS, et al.                                              DEFENDANTS

## ORDER

Defendants shall file responses to Plaintiff's Motions for Preliminary Injunctive Relief and Order (Doc. Nos. 53, 54) within fifteen days of the date of this Order.

IT IS SO ORDERED this 28th day of November, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE