# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

ADDONES SPENCER,
REG. #11060-027                                                                            PLAINTIFF

v.                                         2:12-cv-00057-SWW-JTK

S. PHILLIPS, et al.                                                                         DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Preliminary Injunction (Doc. No. 53), is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Order (Doc. No. 54) is DENIED without prejudice.

IT IS SO ORDERED this 8th day of January 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE